# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2019

## NO. 03-17-00732-CV

**Michael Sides, Susan Sides, Bobby Sides, Gregory George, Staci George, Claudio Acosta, and Laura Acosta, Appellants**

**v.**

**Shon Saliga; Jani Saliga; & Garden Grove, LLC, Appellees**

### APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
### REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on September 6, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court concludes that the trial court abused its discretion in denying appellants' request for injunctive relief. We further conclude that the court erred in denying appellants' request for attorney's fees. We remand the cause to the trial court for further proceedings in accordance with this opinion. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.